In re the MARRIAGE OF Margaret Ann DENNERT, Plaintiff-Appellant,

and

Roger Michael Dennert, Defendant-Respondent.

No. 51840.

Missouri Court of Appeals, Eastern District, Division Two.

June 30, 1987.

Lawrence O. Willbrand, St. Louis, for plaintiff-appellant.

Kenneth H. Graeber, St. Louis, for defendant-respondent.

## ORDER

PER CURIAM:

Wife appeals from a judgment in a dissolution proceeding awarding joint custody.

The judgment of the trial court is affirmed. Rule 84.16(b)